1

2

3

4

5

6

7

8                                    **UNITED STATES DISTRICT COURT**

9                                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  LORENA MACIAS,                                )  Case No.: 1:22-cv-1283 JLT SKO
                                                 )
12              Plaintiff,                        )  ORDER ADOPTING THE FINDINGS AND
                                                 )  RECOMMENDATIONS, GRANTING
13      v.                                        )  PLAINTIFF'S MOTION FOR JUDGMENT,
                                                 )  DENYING DEFENDANT'S REQUEST TO
14  MARTIN O'MALLEY[1],                           )  AFFIRM, AND REMANDING FOR FURTHER
    Commissioner of Social Security,             )  ADMINISTRATIVE PROCEEDINGS
15                                               )
                Defendant.                        )  (Docs. 14, 17, and 21)
16                                               )
                                                 )
17  _____  )

18          Lorena Macias seeks judicial review of a final decision of the Commissioner of Social Security

19  denying her application for benefits.  (Docs. 1, 14.)  The magistrate judge found "the ALJ erred by

20  failing to provide specific, clear and convincing reasons to discount Plaintiff's subjective complaints,

21  and that error was not harmless."  (Doc. 21 at 8; *see also id.* at 13-18.)  Therefore, the magistrate judge

22  recommended Plaintiff's motion for judgment be granted and the matter be remanded for further

23  administrative proceedings.  (*Id.* at 21.)  In addition, the magistrate judge recommended judgment be

24  entered in favor of Plaintiff and against the Commissioner.  (*Id.* at 21-22.)

25          The Court served the Findings and Recommendations on all parties and notified them that any

26  objections were due within 14 days.  (Doc. 21 at 22.)  The Court also informed the parties that "the

27

28  _____
    [1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the
    Federal Rules of Civil Procedure, Martin O'Malley is substituted for Kilolo Kijakazi as the defendant in this suit.

                                                     1

failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  No objections were filed and the time to do so expired.

Pursuant to 28 U.S.C. § 636 (b)(1)(c), this Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Accordingly, the Court **ORDERS**:

1.  The Findings and Recommendations issued on January 4, 2024 (Doc. 21) are **ADOPTED**.

2.  Plaintiff's Motion for Judgment (Doc. 14) is **GRANTED**.

3.  Defendant's request to affirm the administrative decision (Doc. 17) is **DENIED**.

4.  The matter is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

5.  The Clerk of Court is directed to enter judgment in favor of Plaintiff Lorena Macias and against Defendant Martin O'Malley, Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated:   __**January 23, 2024**__

UNITED STATES DISTRICT JUDGE

2