# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA MACIAS, | Case No.: 1:22-cv-1283 JLT SKO |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES AND COSTS |
| v. | (Doc. 24) |
| MARTIN O'MALLEY, Commissioner of Social Security[1], | |
| Defendant. | |

Lorena Macias and Martin O'Malley, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees in the amount of $15,000.00 pursuant to the Equal Access to Justice Act and costs in the amount of $402.00. (Doc. 24 at 1.) Accordingly, the Court **ORDERS**, subject to the terms of the parties' stipulation: Plaintiff is **AWARDED** fees in the amount of $15,000.00 under 28 U.S.C. § 2412(d) and costs in the amount of $402.00 under 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated: __**April 22, 2024**__                             _____
                                                                         UNITED STATES DISTRICT JUDGE

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Martin O'Malley as the defendant in this suit.